AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PATRICIA KENNEDY,

    Plaintiff,

V.

R.V. CORP.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV219-92

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court, entered this 30th day of October 2020, Plaintiff's motion for summary judgment is GRANTED; therefore, judgment is hereby entered in favor of the Plaintiff, Patricia Kennedy, and against Defendant, R.V. Corp. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: November 2, 2020

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020